MATTHEW H. WEINER (SBN 236394)
PIERSON FERDINAND LLP
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone:  415.915.4415
Facsimile:  415.890.4845
matthewweiner@pierferd.com

Attorneys for Plaintiffs
NEWTON AC/DC FUND L.P., PATAGON MANAGEMENT, LLC SCALLION TRADING LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Newton AC/DC Fund, L.P., Patagon Management LLC, and Scallion Trading Ltd., on behalf of all other similarly situated Plaintiffs, <br><br> Plaintiffs, <br> v. <br><br> Maxim Ermilov, <br><br> Defendant, <br><br> and <br><br> Circle Internet Financial, LLC, <br><br> Relief Defendant. | Civil Action No.  5:26-cv-05055 <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND LEAVE FOR ALTERNATIVE SERVICE** |

## EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND LEAVE FOR ALTERNATIVE SERVICE

Plaintiffs Newton AC/DC Fund L.P., Patagon Management LLC, and Scallion Trading Ltd. move this Court *ex parte* for an Order, restraining certain assets and directing Circle Internet Financial LLC to blacklist certain assets, and permitting service of the summons and complaint upon the Defendant Maxim Ermilv by email and Discord message.

1

Dated: Palo Alto, California
      May 28, 2026

**PIERSON FERDINAND LLP**

/s/ Matthew H. Weiner

Matthew H. Weiner
SBN 236394
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone:  415.915.4415
Facsimile:   415.890.4845
*matthewweiner@pierferd.com*

**WILL NEWMAN LAWYER PLLC**

/s/ William H. Newman

William H. Newman
 (*pro hac vice* motion forthcoming)
Tara Q. Higgins
(*pro hac vice* motion forthcoming)
33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
Phone: (718) 218-3360
Email: will@willnewmanlawyer.com
       tara@willnewmanlawyer.com

*Attorneys for the Fund and*
*Proposed Class Counsel*

2