# Exhibit B

 *Original message was deleted*

**Max**  11/6/24, 2:42 PM
you can buy 51% of OVNs and vote to have POL distributed. in the meantime, it is funds critical to further development of the protocol