# Exhibit C



**Max**  4/10/24, 5:56 AM

Sustainable growth of POL is the only way for us to keep growing OVN price. Otherwise, OVN's pump dilutes POL's share of LP, eventually reducing the emissions - due to IL.

  1