# Exhibit D

Case 5:26-cv-05055-PCP Distribute the Overnight Finance Treasury to OVN token holders Filed 05/28/26 Page 2 of 4

 **Overnight Community**

Log in

**OVERVIEW**   VOTES   36

# Distribute the Overnight Finance Treasury to OVN token holders

Active

 **0x226C...c4d5**   author
In Overnight Community · 24d ago · #253de

The Overnight Finance on-chain governance was never properly implemented, which is why this Snapshot vote has been launched. The Treasury currently holds approximately $15m in assets. Majority of the holdings are in USDC. This proposal seeks token holder approval to consolidate the remaining Treasury assets into USDC and distribute the entire treasury value to OVN token holders on a pro-rata basis. If this proposal passes, the distribution would occur in two parts. The first distribution would cover liquid assets. The second distribution would distribute the remainder of illiquid assets, such as the Aerodrome veAero position.

Voting will conclude after 30 days. Upon passing, there would be a 12-month claim window during which OVN token holders can exchange their OVN for their share of Overnight Finance treasury assets. After one year the claim window will be closed. Unclaimed assets would be distributed to those who claimed during the 12-month period on a pro-rata basis.

You can vote with OVN held on Base, OP, BNB, and Arbitrum. Additionally, staked OVN is eligible for voting as well.

Case 5:26-cv-05055-PCP Document 2-6 Filed 05/28/26 Page 3 of 4

 **Overnight Community**

No – Do not distribute, keep treasury for protocol operations
Abstain

Further background information can be found on this community held website:
**https://paragraph.com/@publication-1775819938478/**

You can vote with OVN held on Base, OP, BNB, and Arbitrum. Additionally, staked OVN is eligible for voting as well.

There has been co-mingling of personal wallets and protocol wallets. Post co-mingling the current community estimate is that $15m of the assets belongs to OVN token holders. Please see the community page for a detailed breakdown of assets belonging to OVN token holders.

The following wallets are hereby defined as treasury wallets, and the assets held in them are proposed to be distributed:
0x898137400867603e6d713cbd40881dd0c79e47cb
0xf02d9f19060ee2dd50047dc6e1e9ebac9ba436fe
0x784cf4b62655486b405eb76731885cc9ed56f42f
0xe497285e466227f4e8648209e34b465daa1f90a0
0x9030d5c596d636eefc8f0ad7b2788ae7e9ef3d46

 **CAST YOUR VOTE**

**RESULTS**

| Yes - Distribute to OVN holders | 506.3k  100% |
|---|---|
| No, keep status quo | 0  0% |

Case 5:26-cv-05055-PCP Document 2-6 Filed 05/28/26 Page 4 of 4

 **Overnight Community**

---

🕐 **TIMELINE**

**Created**

May 4, 2026 · 5:23 AM

**Start**

May 4, 2026 · 6:23 AM

**End**

Jun 3, 2026 · 6:23 AM