# Exhibit E



**Max**  14.5.2026 12.24

a group of people took control of 50+% of OVNs, so they control the protocol now. So please withdraw the funds from USD+ and other tokens as soon as you can.

the utility of OVN is protecting the collateral securing USD+. It gives the rights to control USD+ smart-contracts and thats its only function. Onchain governance is described in the documentation section of our site: section 'governance'; the doc there is 3 years old, unchanged since.

Protocol does not control any treasury except assets collaterizing USD+. OVN token never gave any rights to profit, nor liquidation preferences. None of that is in the governance code, nor in documentation. Moreover, any right to economic profit, for example, from a liquidation of whatsoever, would make OVN a security. So thats impossible by design and by substance.

People who imply anything different mislead the community for the sake of social media attention and extorsion.  One of them is a close associate of Humpy and took part in governance attacks, in particular, against Compound protocol. When they came to me very long ago, it was clear  they were planning another governance attack. I told them to get to 51% with the goal of selling the remaining OVNs after the remaining unlocks expire. I imagined they would drive the price up to 7-10 USD, but apparently, they dont have Humpys' deep pockets.

if you beleived anything published by that group of people, in particular, in relation to whatever funds or wallets they had fantasized about - you should raise it with them. Next time, please read the documentation which is publicly available, use Codex to check the governance code or better even, apply common sense. (edited)