WILLIAM H. NEWMAN (*appearing pro hac vice*)
TARA Q. HIGGINS (*appearing pro hac vice*)
**WILL NEWMAN LAWYER PLLC**
33 Nassau Avenue, Second Floor
Brooklyn, NY 11222
Telephone:  718.218.3360
*will@willnewmanlawyer.com*
*tara@willnewmanlawyer.com*

Attorneys for Plaintiffs
NEWTON AC/DC FUND L.P., PATAGON MANAGEMENT, LLC
SCALLION TRADING LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Newton AC/DC Fund, L.P., Patagon Management LLC, and Scallion Trading Ltd., on behalf of all other similarly situated Plaintiffs,<br><br>    Plaintiffs,<br><br>  v.<br><br>Maxim Ermilov,<br><br>    Defendant,<br><br>  and<br><br>Circle Internet Financial, LLC,<br><br>    Relief Defendant. | Civil Action No. 5:26-cv-05055-PCP<br><br>**NOTICE OF MOTION FOR**<br>**PRELIMINARY INJUNCTION**<br><br>Time:  2:00 pm<br>Date:   July 14, 2026<br>Courtroom 8 |

**TO DEFENDANT MAXIM ERMILOV AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at 2:00 pm on July 14, 2026, or soon thereafter as counsel may be heard, before the Honorable P. Casey Pitts in Courtroom 8 of San José courthouse located at 280 S. 1st Street, San José, CA 95113, Plaintiffs Newton AC/DC Fund, L.P., Patagon Management LLC, and Scallion Trading Ltd. will move for a preliminary injunction order pursuant to Fed. R. Civ. P. 65 restraining and enjoining you, your agents, servants, employees and attorneys, and all those in active concert or participation with you or them from taking any

action to abscond with, transfer, remove, or otherwise move assets in the following cryptocurrency wallets:

- 0xf7fcc767de537953b3519d4b3097a24a6dfe1c84;

- 0x898137400867603e6d713cbd40881dd0c79e47cb;

- 0xf02d9f19060ee2dd50047dc6e1e9ebac9ba436fe;

- 0x784cf4b62655486b405eb76731885cc9ed56f42f;

- 0xe497285e466227f4e8648209e34b465daa1f90a0; and

- 0x9030d5c596d636eefc8f0ad7b2788ae7e9ef3d46.

This Motion will be made on the ground that immediate and irreparable injury will result to the Plaintiffs unless the activities described above are enjoined pending trial of this action, and will be based on this Notice of Motion, the accompanying memorandum in support of the Motion, and the Declaration of Eric S. Meyer, dated June 5, 2026, attached hereto.

Dated: Brooklyn, New York
       June 5, 2026

                                        **WILL NEWMAN LAWYER PLLC**

                                        /s/ Tara Q. Higgins
                                        _____

                                        William H. Newman
                                         (*appearing pro hac vice*)
                                        Tara Q. Higgins
                                        (*appearing pro hac vice*)
                                        33 Nassau Avenue, Second Floor
                                        Brooklyn, New York 11222
                                        Phone: (718) 218-3360
                                        Email: will@willnewmanlawyer.com
                                                tara@willnewmanlawyer.com

                                        *Attorneys for the Named Plaintiffs and*
                                        *Proposed Class Counsel*

2