WILLIAM H. NEWMAN (*appearing pro hac vice*)
TARA Q. HIGGINS (*appearing pro hac vice*)
**NEWMAN LITIGATION PLLC**
33 Nassau Avenue, Second Floor
Brooklyn, NY 11222
Telephone:  718.218.3360
*will@newmanl.com*
*tara@newmanl.com*

Attorneys for Plaintiffs
NEWTON AC/DC FUND L.P., PATAGON MANAGEMENT, LLC
SCALLION TRADING LTD., AND JOSHUA FONG, AND OTHER
SIMILARLY SITUATED PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Newton AC/DC Fund, L.P., Patagon Management LLC, and Scallion Trading Ltd., on behalf of all other similarly situated Plaintiffs,<br><br>Plaintiffs,<br>v.<br><br>Maxim Ermilov,<br><br>Defendant, | Civil Action No. 5:26-cv-05055-PCP<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION, TO APPOINT CLASS REPRESENTATIVES, AND TO APPOINT CLASS COUNSEL**<br><br>Time:  10:00 am<br>Date:   September 10, 2026<br>Courtroom 8 |

**TO DEFENDANT MAXIM ERMILOV AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at 10:00 am on September 10, 2026, or soon thereafter as counsel may be heard, before the Honorable P. Casey Pitts in Courtroom 8 of San José courthouse located at 280 S. 1st Street, San José, CA 95113, Plaintiffs Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong will move for class certification, and appointment of class representatives and class counsel pursuant to Fed. R. Civ. P. 23.  The Motion will be based on this Notice of Motion, the accompanying memorandum in support of the Motion, and the Declarations of Eric S. Meyer, dated June 5, 2026 (ECF Doc.

19-2) and July 24, 2026, William H. Newman, dated July 24, 2026, and Rachel N. Rivers, dated July 24, 2026.

Dated: Brooklyn, New York
      July 24, 2026

 

**NEWMAN LITIGATION PLLC**

/s/ *Tara Q. Higgins*

---

William H. Newman
 (*appearing pro hac vice*)
Tara Q. Higgins
(*appearing pro hac vice*)
33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
Phone: (718) 218-3360
Email: will@newmanl.com
       tara@newmanl.com

*Attorneys for the Named Plaintiffs and Proposed Class Counsel*