# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong, individually and on behalf of all other similarly situated Plaintiffs,

               Plaintiffs,

       v.

Maxim Ermilov,

             Defendant.

Civil Action No. 5:26-cv-05055-PCP

## DECLARATION OF ERIC S. MEYER

Eric S. Meyer hereby states the following:

1. I am a partner of the Newton AC/DC Fund L.P. (the "Fund") and an experienced cryptocurrency investor. The Fund, along with Patagon Management LLC ("Patagon"), Scallion Trading Ltd. ("Scallion"), and Joshua Fong ("Fong," and collectively, the "Named Plaintiffs"), individually and on behalf of all other similarly situated class members, have filed a complaint, asserting claims against Maxim Ermilov for fraudulent transfer under the California Uniform Voidable Transfers Act, breach of contract, and constructive trust.

2. I submit this declaration in support of the Named Plaintiffs' Motion for Class Certification, to Appoint Class Representatives, and to Appoint Class Counsel.

3. The Named Plaintiffs together used smart contracts deployed by Ermilov to purchase over 67,000 OVN tokens, which is over 6.7% of all OVN tokens in existence. The Fund owns approximately 37,200 OVN tokens. Patagon owns approximately 22,000 OVN tokens. Scallion owns approximately 3,700 OVN tokens. Fong owns approximately 5,100 OVN tokens.

4.    Other members of the Class own approximately 850,000 more OVN tokens.  According to public blockchain records, over 20,000 cryptocurrency wallets hold OVN tokens on the Base blockchain alone.  The number of wallets may greatly exceed the number of Class members because it is common for investors to control multiple wallets.  *Id.*  Even so, the Named Plaintiffs estimate that the number of distinct people and entities who hold OVN tokens is in the hundreds or even thousands.

5.    The Named Plaintiffs have been investigating the issues arising in this litigation for several months, including by outreach to other affected parties.  Moreover, the relevant information is largely publicly available and not in dispute since public blockchain records detail the relevant transfers of cryptocurrency, and most of Ermilov's relevant statements were made in a publicly accessible Discord server.  Additionally, the Named Plaintiffs and their principals are experienced cryptocurrency investors who are very knowledgeable about the relevant issues.

6.    The Named Plaintiffs have been in contact with many prospective Class members and have had no indication that any Class member seeks individual control of their case.

7.    The Named Plaintiffs are unaware of any parallel litigation raising the claims in this action.

8.    The Named Plaintiffs propose a pro rata distribution of any recovery to all Class members based on the amount of OVN tokens each member holds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026.

*Eric S. Meyer*
_____
Eric S. Meyer