**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong, individually and on behalf of all other similarly situated Plaintiffs,

                   Plaintiffs,

        v.

Maxim Ermilov,

                   Defendant.

Civil Action No. 5:26-cv-05055-PCP

**DECLARATION OF WILLIAM H. NEWMAN**

      William H. Newman hereby states the following:

1.     I am an attorney who represents Newton AC/DC Fund L.P. (the "Fund"), Patagon Management LLC ("Patagon"), Scallion Trading Ltd. ("Scallion"), and Joshua Fong ("Fong," and collectively, the "Named Plaintiffs"), individually and on behalf of all other similarly situated class members, in connection with the complaint they have filed, asserting claims against Maxim Ermilov for fraudulent transfer under the California Uniform Voidable Transfers Act and breach of contract.

2.     I submit this declaration in support of the Named Plaintiffs' Motion for Class Certification, to Appoint Class Representatives, and to Appoint Class Counsel.

3.     I am personally familiar with the principals of the Named Plaintiffs, and each is an experienced cryptocurrency investor who is knowledgeable about the relevant factual issues in this litigation.

4.     While I was an attorney at Becker, Glynn, Muffly, Chassin, and Hosinski LLP, I represented clients in class action litigation in Supreme Court of the State of New York, New York County, in *Lloyd v. Ubiqus Reporting Inc.*, Index No. 151499/2017 (Sup. Ct. N.Y. County)

and *Labbe v. Town Sports Int'l*, Index No. 103948/2012 (Sup. Ct. N.Y. County). I served as lead counsel in *Lloyd*.

5.    I have experience representing clients in cryptocurrency and investment disputes. I have served as lead counsel in *Newton AC/DC Fund L.P. v. Wu*, 1:25-cv-6477-AS (S.D.N.Y.); *Scallion Trading Ltd. v. Qin*, 1:25-cv-2476-JAM (E.D.N.Y.); and *Rational Special Situations Income Fund v. The Bank of New York Mellon*, 656501/2022 (Sup. Ct. N.Y. County).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026.

William H. Newman