**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong, individually and on behalf of all other similarly situated Plaintiffs,

Plaintiffs,

v.

Maxim Ermilov,

Defendant.

Civil Action No. 5:26-cv-05055-PCP

**DECLARATION OF RACHEL N. RIVERS**

Rachel N. Rivers hereby states the following:

1.    I am an attorney who represents Newton AC/DC Fund L.P. (the "Fund"), Patagon Management LLC ("Patagon"), Scallion Trading Ltd. ("Scallion"), and Joshua Fong ("Fong," and collectively, the "Named Plaintiffs"), individually and on behalf of all other similarly situated class members, in connection with the complaint they have filed, asserting claims against Maxim Ermilov for fraudulent transfer under the California Uniform Voidable Transfers Act and breach of contract.

2.    I submit this declaration in support of the Named Plaintiffs' Motion for Class Certification, to Appoint Class Representatives, and to Appoint Class Counsel.

3.    I am a seasoned class action litigator who brings deep experience defending complex, multi-jurisdictional matters.  Since joining Pierson Ferdinand LLP in October 2024, I have served as lead defense counsel, both individually and as part of coordinated defense teams, in more than 15 class action litigations across the United States.  My practice is particularly well-suited to technically complex disputes, having represented class defendants in matters requiring detailed forensic investigations, and I have substantial experience counseling clients

in regulated industries, including banking and healthcare, where regulatory issues and consumer protection are especially significant.

4. I am admitted to practice in all California District Courts and began my career trying matters in the Northern District of California, giving me firsthand knowledge and experience with this venue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026.

_____
Rachel N. Rivers

2