ANAM AHMED (SBN 335362)
MARK WILDING (appearing *pro hac vice*)
NADAV ASCHNER (appearing *pro hac vice*)
THE RODMAN LAW GROUP, LLC
39975 Cedar Blvd, Unit 338
Newark, CA 94560-5336
Telephone: 720.663.0558
anam@therodmanlawgroup.com
mack@therodmanlawgroup.com
nadav@therodmanlawgroup.com
*Attorneys for Defendant*
*MAXIM ERMILOV*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong, individually and on behalf of all other similarly situated Plaintiffs,<br><br>            Plaintiffs,<br>                    v.<br><br>Maxim Ermilov,<br><br>            Defendant. | Civil Action No. 5:26-cv-05055-PCP |

**STIPULATED REQUEST FOR ORDER EXTENDING CLASS-CERTIFICATION BRIEFING DEADLINES**

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Maxim Ermilov and Plaintiffs Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong jointly request a one-week extension of the deadlines for Defendant's opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' reply. In support of this stipulated request, the parties state as follows:

Plaintiffs filed their Motion for Class Certification on July 24, 2026. (ECF No. 37.) Under Civil Local Rule 7-3, Defendant's opposition is due August 7, 2026, and Plaintiffs' reply

1

is due August 14, 2026. The Motion is set for hearing on September 10, 2026, at 10:00 a.m.

Unexpected travel obligations arose for defense counsel and materially reduced the time available to complete, coordinate, and file Defendant's opposition. Defendant has been working diligently on the opposition and requests a modest one-week extension, through August 14, 2026. Plaintiffs have agreed to a corresponding extension of their reply deadline through August 21, 2026.

The parties apologize to the Court for not filing this request at least 72 hours before the August 7 deadline, as Judge Pitts's Civil Standing Order requires. The unexpected travel arose too late to permit compliance with that advance-filing requirement. This request is made in good faith and not for purposes of delay. The parties have not previously requested any extension of the class-certification briefing deadlines.

The requested modification would affect only the two class-certification briefing deadlines. The September 10, 2026 hearing would remain unchanged, unless otherwise required by the Cout, and the proposed August 21 reply deadline would leave twenty days between the final filing and the hearing. No other case deadline would be affected.

Accordingly, the parties respectfully request that the Court extend Defendant's opposition deadline to August 14, 2026, extend Plaintiffs' reply deadline to August 21, 2026, and leave the September 10, 2026 hearing unchanged.

WHEREFORE, the parties respectfully request that the Court grant this stipulated request and enter the concurrently submitted proposed order.

Respectfully submitted August 7, 2026.

| **THE RODMAN LAW GROUP, LLC** | **NEWMAN LITIGATION PLLC** |
|---|---|
| /s/ Nadav Aschner | /s/ William H. Newman |
| Nadav Aschner (appearing pro hac vice) | William H. Newman (appearing pro hac vice) |
| Anam Ahmed (SBN 335362) | Tara Q. Higgins (appearing pro hac vice) |
| Mark Wilding (appearing pro hac vice) | 33 Nassau Avenue, Second Floor |
| 39975 Cedar Blvd, Unit 338 | Brooklyn, NY 11222 |
| Newark, CA 94560-5336 | Telephone: (718) 218-3360 |
| Telephone: (720) 663-0558 | will@newmanl.com |
| nadav@therodmanlawgroup.com | tara@newmanl.com |
| anam@therodmanlawgroup.com | *Attorneys for Plaintiffs* |
| mack@therodmanlawgroup.com | |
| *Attorneys for Defendant Maxim Ermilov* | |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I conferred with counsel for Plaintiffs, William H. Newman, who stipulates to the relief requested herein.

*/s/ Nadav Aschner*
Nadav Aschner

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Newton AC/DC Fund, L.P., Patagon Management LLC, Scallion Trading Ltd., and Joshua Fong, individually and on behalf of all other similarly situated Plaintiffs,

        Plaintiffs,

    v.

Maxim Ermilov,

        Defendant.

Civil Action No. 5:26-cv-05055-PCP

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND CLASS-CERTIFICATION BRIEFING DEADLINES, AS MODIFIED**

Having considered the parties' Stipulated Request for Order Class Extension Certification Briefing Deadlines, and good cause appearing, the Court ORDERS as follows:

1.    Defendant Maxim Ermilov shall file his opposition to Plaintiffs' Motion for Class Certification no later than August 14, 2026.

2.    Plaintiffs shall file their reply in support of the Motion for Class Certification no later than August 21, 2026.

3.    The hearing on the Motion for Class Certification remains set for ~~September 10~~ October 22, 2026, at 10:00 a.m. in Courtroom 8 of the Robert F. Peckham Federal Building and United States Courthouse, 280 South First Street, San José, California.

4.    All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: August 7, 2026

_____
**HON. P. CASEY PITTS**
United States District Judge

1